

```
FILED
September 08, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003754417
```

# **Change of Address**

Re: Case No.  2009-13308 (Pascuzzo)

Name:  Bank of America

- [ ] Debtor(s)
- [ ] Husband Only
- [ ] Wife Only
- [ ] Attorney
- [x] Creditor

NEW ADDRESS:  P.O. Box 15102
Wilmington, DE. 19885-5102

PHONE NUMBER: _____

OLD ADDRESS:  P.O. Box 1598
Norfok, VA. 23501-1598

SIGNATURE: _____

Jacob L. Eaton (Attorney for Debtor)

EDC 2-085 (Rev. 3/29/99)